American Express
PO Box 981540
El Paso, TX 79998-1540


ARS National Services, Inc.
PO Box 469046
Escondido, CA 92046-9046


Barclays Bank DE
P.O. Box 8801
Wilmington, DE 19899


BorrowersFirst, Inc.
PO Box 2580
Omaha, NE 68103


Brock & Scott, PLLC
5431 Oleander Dr.
Wilmington, NC 28403


Capital One
Attn: General Correspondence
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
7933 Preston Rd.
Plano, TX 75024


Chase Freedom Cardmember Services
PO Box 94014
Palatine, IL 60094-4014


Discover Card Services, Inc.
PO Box 30421
Salt Lake City, UT 84130

First Premier Bank
P.O. Box 5524
Sioux Falls, SD 57117-5524


Hyundai Capital America
3161 Michelson Dr., Suite 1900
Irvine, CA 92612


Internal Revenue Service
Centralized Solvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Kay Jewelers/Sterling Jewlers
PO Box 1799
Akron, OH 44309


King's Creek Plantation
191 Cottage Cove Ln
Williamsburg, VA 23185


Kohls Department Store
P.O. Box 3115
Milwaukee, WI 53201


Kross, Lieberman & Stone
991 Aviation Parkway, Suite 30
Morrisville, NC 27560


Lending Club Corp.
71 Stevenson St., Suite 300
San Francisco, CA 94105


Macy/DSNB
PO Box 8066
Mason, OH 45040

Mary Wills
7532 Grabill Dr.
Charlotte, NC 28269

Mecklenburg County Tax Office
PO Box 36819
Charlotte, NC 28236

Medical Data Systems, Inc.
2001 9th Ave., Suite 312
Verno Beach, FL 32960

Merrick Bank
PO Box 660702
Dallas, TX 75266-0702

Midland Credit Management Inc.
8875 Aero Dr., Suite 200
San Diego, CA 92123

North Carolina Department of Revenue
P.O. Box 871
Raleigh, NC 27602

Ocwen Loan Servicing, LLC
PO Box 24737
West Palm Beach, FL 33416-4737

Security Collection Agency, Inc.
3200 Croasdaile Dr., Suite 205
Durham, NC 27705

Shell Card
PO Box 6406
Sioux Falls, SD 57117

Smith Debnam Narron Drake Saintsing
PO Box 26268
Raleigh, NC 27611-6268


Social Security Administration
Office of the General Counsel, Region IV
Atlanta Federal Center, Suite 20T45
61 Forsyth St., SW

Southbeach Resorts
3000 S. Ocean Blvd.
Myrtle Beach, SC 29577


SYNCB/Amazon
PO Box 965060
Orlando, FL 32896


SYNCB/HH Gregg
P.O. Box 965004
Orlando, FL 32896-5004


SYNCB/Lowes
P.O. Box 965060
Orlando, FL 32896


SYNCB/Paypal
PO Box 105972
Atlanta, GA 30348-5972


SYNCB/Sams Club
PO Box 965060
Orlando, FL 32896


SYNCB/Walmart
P.O. Box 965004
Orlando, FL 32896-5004

The Home Depot/CBNA
PO Box 6497
Sioux Falls, SD 57117


WEBBNK/Fingerhut
6250 Ridgewood Rd
Saint Cloud, MN 56303


Wells Fargo
P.O. Box 5284
Carolstream, IL 60197-5284